# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 30, 2018

*Before*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 18-2374

| | |
|---|---|
| W. A. GRIFFIN, M.D., <br>     *Plaintiff-Appellant,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 18 C 1772 |
| TEAMCARE, a Central States Health Plan, and TRUSTEES OF THE CENTRAL STATES, Southeast and Southwest Areas Health and Welfare Fund, <br>     *Defendants-Appellees.* | Robert W. Gettleman, <br> *Judge.* |

## O R D E R

The court has before it a motion to correct filed by the plaintiff-appellant and a response thereto filed by defendants-appellees. The court finds that the opinion in this case dated November 26, 2018, should be corrected.

It is therefore **ORDERED** that the opinion and judgement order dated November 26, 2018 are **VACATED**. It is further **ORDERED** that the amended opinion be published this date, November 30, 2018.